# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2013CR6189

THE STATE OF TEXAS

VS

DIANNA WYRICK RODRIGUEZ  **AKA**
**DIANNA RING**

IN THE 227TH DISTRICT COURT

FILED IN
4OFCOURT OF APPEALS
SAN ANTONIO, TEXAS
3/31/2015 10:24:13 AM
BEXAR COUNTY, TEXAS
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 03-25-2015

3. The Honorable RAYMOND ANGELINI _____ presided at the trial____.

4. The above named defendant was convicted_____ of the offense(s) of THEFT ALUM/BRONZE/COPPER < $20,
   as a (Repeater)(Habitual)

5. State's appeal attorney: NICHOLAS LAHOOD _____ 300 Dolorosa, Suite 4025, Bexar County Justice
   Center, San Antonio, Texas, 78205 (210)335-2413  SBN: 24030360 _____

6. Trial_____ Attorney(s):_____

   (Retained)(Appointed)Appeals attorney: KELLY KAY GREEN _____
   Address & Phone No: 455 S MAIN AVE SAN ANTONIO, TX, 78204-1133 (210)225-5900  SBN: 8360250

   Defendant Pro-Se __ Yes X No
7. The trial held was: __Trial before the Court      __Jury trial on guilt only
   __Jury trial on punishment only    __Jury trial guilt and punishment
   __Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   __Pretrial motion heard prior to plea    __Open/non negotiated plea of guilty/nolo contendere
   __Motion to enter adjudication of guilt  __Motion to revoke community supervision
   X Other DISMISSED

8. The sentence was (    ) on:    for a period of: yrs:000 mths:00
   and a fine of $_____

9. Defendant is presently in: X BCADC ___ TDCJID. Defendant is on __ ** RWOB ** ____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: LISA RAMOS

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
    & cause number) 2013CR619, 2013CR6195

WITNESS MY HAND THIS THE 30th DAY OF March_____, 2015___

COURT REPORTER(S):____NOTIFIED_____ Date: 3/30/15
                                                Date:_____
KEITH E. HOTTLE, CLERK

BY:_____ Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY:_____

**JOHN MULLENFELD**                    ,DEPUTY

(jsdca)

2013 CR 6190
2013 CR 6189
Cause NO. 2013 CR 6195

| THE STATE OF TEXAS | IN THE DISTRICT COURT |
|---|---|
| VS. | 227 JUDICIAL DISTRICT |
| Dianna Ring | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Dianna Ring _____, Defendant in the above styled and numbered cause, on this the 9th day of

march _____, 2015, and within thirty (30) days of sentencing having been imposed against Defendant on the 19th day of

march _____, 2015, in said cause, and files this written notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

FILED
DONNA KAY MCKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 MAR 25 AM 11: 27
BY_____ DEPUTY

Dianna Ring
Defendant

BY_____
DEPUTY
2015 MAR 25 A 11: 01
Attorney for Defendant

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 MAR 24 PM 12: 20

Keith E. Hottle

KEITH E. HOTTLE, CLERK

Diana Ring 658098
300 Nicomal St 1E-44
S.A. Tx. 7820?

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste 3200
San Antonio, TX 78205

neopost
03/23/2015
US POSTAGE
$00.48

FIRST-CLASS MAIL

ZIP 78205
041L1220204